**Mark Anthony WINCHESTER, a/k/a Pete, Petitioner–Appellant,**

v.

**Larry W. JARVIS, Warden, Respondent–Appellee.**

No. 02–7866.

United States Court of Appeals, Fourth Circuit.

Submitted March 18, 2003.

Decided April 9, 2003.

Mark Anthony Winchester, Appellant Pro Se. Eugene Paul Murphy, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Mark Anthony Winchester seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently re-

viewed the record and conclude Winchester has not made a substantial showing of the denial of a constitutional right. *See Miller-El v. Cockrell,* — U.S. ——, 123 S.Ct. 1029, 1038, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*